In the Matter of the Will of ELIZABETH RYAN, Deceased. AGNES DAVERIN, Appellant; WILLIAM G. REARDON, Individually and as Testamentary Trustee, et al., Respondents.

Argued May 21, 1940; decided July 24, 1940.

*Robert J. McKeever* for appellant.

*William Burdell Banister* for William G. Reardon et al., respondents.

*Wolfango E. Cribari* and *George W. Scapolito* for William Ryan et al., respondents.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS and CONWAY, JJ. Dissenting: RIPPEY and LEWIS, JJ.